JOHN H. DRIPPS, PLAINTIFF, v. WALKER D. HINES, DIRECTOR GENERAL OF RAILROADS, DEFENDANT.

Decided February 20, 1923.

For the plaintiff, *James Mercer Davis, Charles M. Atkinson* and *Isaac W. Eason* (of the Virginia bar).

For the defendant, *Bourgeois & Coulomb.*

PER CURIAM.

The rule is made absolute for the reasons stated in the memorandum filed in "No. 64." See another case by same title, *infra.*